**STATE of Missouri, Respondent,**

v.

**Jeremy Joseph WELLS, Appellant.**

**No. WD 64046.**

Missouri Court of Appeals, Western District.

May 24, 2005.

Richard E. McFadin, Gallatin, MO, for Appellant.

Julia R. Filley, Gallatin, MO, for Respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Jeremy Wells appeals from his conviction for leaving the scene of an accident in violation of Section 577.060, RSMO 2000. Upon review, we find substantial evidence in the record to support the conviction and, therefore, affirm the judgment. The parties have been provided with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 30.25(b).